In the Supreme Court of Georgia

Decided: March 12, 2026

S22Y0943, S22Y0944, S22Y0945, S22Y0946. IN THE MATTER OF CANDACE LANETTE SNEED.

PER CURIAM.

The Court, having reviewed the notice of compliance submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that Candace Lanette Sneed (State Bar No. 797458) has satisfied the conditions for reinstatement as specified by this Court, see *In the Matter Sneed,* 314 Ga. 506 (877 SE2d 608) (2022), it is hereby ordered that Candace Lanette Sneed be reinstated to practice law in the State of Georgia.

*Reinstated. All the Justices concur.*